# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:19-CV-466-CRS-CHL

**LINDA DAVIS,**  Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,**  Defendants.

## SETTLEMENT CONFERENCE REPORT

On November 19, 2019, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Sam Aguiar, counsel; Jeffrey L. Freeman, counsel; Miles D. Mussetter, counsel; Niccole Medlin, paralegal; Whitney Hagan; paralegal |
| FOR DEFENDANTS: | Melissa Rule; Robert Mayrose; David. T. Klapheke, counsel; Joseph A. Cancila, Jr., counsel; Sondra A. Hemeryck, counsel |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims. As this matter is a putative class action, the Parties will submit appropriate settlement documents for the Court's consideration.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
   November 22, 2019
:6.0