**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

LINDA DAVIS, individually and on behalf of all other similarly situated,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al*.

Defendants.

Case No. 3:19-CV-00466-CRS

**ORDER**

Motion having been made, the parties having reached agreement, and the Court being fully and sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Joint Motion For Order Addressing Pending Motions is **GRANTED** as follows:

1. Plaintiff's Motion to Certify Class filed on July 12, 2019 [DN 6] is remanded as moot.

2. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint filed on July 29, 2019 [DN 11] is remanded as moot.

3. Plaintiff's Motion for Leave to File Second Amended Complaint filed on September 30, 2019 [DN 19] is remanded as moot.

Should the parties' proposed class settlement be not approved or otherwise not concluded, nothing in this Order will preclude or prejudice a party from refiling any of the above-listed motions.

February 13, 2020



**Charles R. Simpson III, Senior Judge**
**United States District Court**