**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LINDA DAVIS and JAMES NASH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.<br><br>  Defendants. | Case No. 19-cv-00466-CRS |

## ORDER

The parties having made a Joint Motion to Conduct Final Approval Hearing by Video, and the Court being fully and sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Joint Motion to Conduct Final Approval Hearing by Video is **GRANTED**. The Final Approval Hearing scheduled for October 28, 2020 at 1:30 p.m. E.S.T. shall be conducted by videoconference at the date and time previously scheduled. Details on how to access and join the Final Approval Hearing will be posted on the settlement portal maintained by Settlement Administrator, JND.

October 6, 2020

  Charles R. Simpson III, Senior Judge
  United States District Court